1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7210
7     Fax: (415) 436-6960

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        ) No.  3 05 70411
                                      )
13 |     Plaintiff,                   ) ORDER AND STIPULATION FOR
                                      ) CONTINUANCE FROM JULY 18, 2005
14 | v.                               ) TO AUGUST 5, 2005 AND EXCLUDING
                                      ) TIME FROM THE SPEEDY TRIAL ACT
15 | RIGOBERTO CALZADA,               ) CALCULATION (18 U.S.C. §
                                      ) 3161(h)(8)(A)) AND WAIVING TIME
16 |     Defendant.                   ) LIMITS UNDER RULE 5.1
                                      )

17

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling an arraignment or preliminary hearing date of August 5, 2005 at 9:30A.M.

20 before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

21 hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

22 Speedy Trial Act, 18 U.S.C. § 3161(b), from July 18, 2005, to August 5, 2005. The parties agree,

23 and the Court finds and holds, as follows:

24       1. The defendant has been released on a bond.

25       2. Defendant's counsel of record, Elizabeth Falk, has been out of the office and will

26 continue to be out of the office for the period July 18, 2005 through July 28, 2005.

27       3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

28 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.

2      4. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.

4      5. Counsel for the defense believes that postponing the preliminary hearing is in his
5  client's best interest, and that it is not in his client's interest for the United States to indict the
6  case during the normal 20-day timeline established in Rule 5.1.

7      6. After a hearing on this matter on July 22, 2005, the Court finds that, taking into the
8  account the public interest in the prompt disposition of criminal cases, these grounds are good
9  cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal
10 Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by
11 excluding the period from July 18, 2005 to August 5, 2005, outweigh the best interest of the
12 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

13     7. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date before the duty magistrate judge on August 5, 2005, at 9:30A.M., and (2) orders that
15 the period from July 18, 2005 to August 5, 2005 be excluded from the time period for
16 preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act
17 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18
19 IT IS SO STIPULATED:
20 DATED: 7-22-05                     /s/
                                      DAN BLANK
21                                    Assistant Federal Public Defender
22
   DATED: 7/22/05                     /s/
23                                    MICHELLE MORGAN-KELLY
                                      Assistant United States Attorney
24
25 IT IS SO ORDERED.
26
   DATED: 7/26/05
27                                    EDWARD M. CHEN
                                      United States Magistrate Judge
28

2