| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | Telephone: (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant CALZADA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3 05 70411 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO RESCHEDULE THE |
| vs. | ) | PRELIMINARY HEARING DATE |
| | ) | TO AUGUST 10, 2005. |
| RIGOBERTO CALZADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is currently calendared for a preliminary hearing on August 5, 2005 at 9:30 A.M. before the duty magistrate judge. Due to the unavailability of defense counsel, and with the consent of the defendant, defense counsel respectfully requests that the Court re-calendar the preliminary hearing date to August 10, 2005 at 9:30 A.M.

IT IS SO STIPULATED

DATED: _____      _____/s/_____
                            ELIZABETH M. FALK
                            Assistant Federal Public Defender

DATED: _____      _____/s/_____
                            MICHELLE MORGAN-KELLY
                            Assistant United States Attorney

Stipulation and Order                    1

1 I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature
2 ( /S/ ) within this e-filed document.

3

4 <center>[~~PROPOSED~~] ORDER</center>

5     Good cause appearing, it is hereby ORDERED that the preliminary hearing date in the
6 aforementioned matter currently calendared for August 5, 2005 at 9:30 A.M., shall be
7 re-calendared to August 10, 2005 at 9:30 A.M.
8 IT IS SO ORDERED

9

10 DATED: August 4, 2005                                                            
11                                                              THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order     2